```
       IN THE UNITED STATES DISTRICT COURT
     FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

                      CHARLESTON
```

**SHALER L. EAGLE,**

      Petitioner,

v.                                            Case No. 2:08-cv-1176

**WILLIAM FOX, Warden,**
**St. Mary's Correctional Center,**

      Respondent.


## PROPOSED FINDINGS AND RECOMMENDATION

This is an action for habeas corpus relief, filed pursuant to the provisions of 28 U.S.C. § 2254. Pro se Petitioner, Shaler L. Eagle, is incarcerated at the St. Mary's Correctional Center, in St. Mary's, West Virginia. This case was referred to this United States Magistrate Judge by standing order to consider the pleadings and evidence, and to submit proposed findings and a recommendation for disposition, all pursuant to 28 U.S.C. § 636(b)(1)(B).

Pursuant to Rule 4 of the Rules Governing Section 2254 Proceedings in the United States District Courts, "[i]f it plainly appears . . . that the petitioner is not entitled to relief in the district court, the judge shall make an order for its summary dismissal and cause the petitioner to be notified."

This action was transferred to this court by the United States District Court for the Northern District of West Virginia, by Order entered October 10, 2008, upon the Northern District's

determination that Petitioner was convicted in Mingo County, West Virginia, which is in the Southern District of West Virginia.

Petitioner previously filed a petition for habeas corpus relief pursuant to § 2254 on September 10, 2002.  Eagle v. McBride, No. 2:02-cv-01127 (S.D. W. Va. June 16, 2003) (Goodwin, J.).  In that action, Respondent's motion to dismiss the petition as untimely filed was granted and the case was dismissed.

Rule 9, Rules Governing Section 2254 Proceedings, provides that "[b]efore presenting a second or successive petition, the petitioner must obtain an order from the appropriate court of appeals authorizing the district court to consider the petition as required by 28 U.S.C. § 2244(b)(3) and (4)."  Petitioner has not obtained such an order from the United States Court of Appeals for the Fourth Circuit.

The undersigned proposes that the presiding District Judge **FIND** that Petitioner's Petition for Writ of Habeas Corpus is a second or successive petition which has not been authorized by the Fourth Circuit.  It is hereby respectfully **RECOMMENDED** that the Petition (# 7) be dismissed and this matter removed from the court's docket.

Petitioner is notified that this Proposed Findings and Recommendation is hereby **FILED**, and a copy will be submitted to the Honorable John T. Copenhaver, Jr., United States District Judge. Pursuant to the provisions of Title 28, United States Code, Section

636(b)(1)(B), and Rules 6(e) and 72(b), Federal Rules of Civil Procedure, Petitioner shall have ten days (filing of objections) and then three days (mailing and service) from the date of filing this Proposed Findings and Recommendation within which to file with the Clerk of this court, specific written objections, identifying the portions of the Proposed Findings and Recommendation to which objection is made, and the basis of such objection. Extension of this time period may be granted for good cause shown.

Failure to file written objections as set forth above shall constitute a waiver of <u>de novo</u> review by the district court and a waiver of appellate review by the circuit court of appeals. <u>Snyder v. Ridenour</u>, 889 F.2d 1363, 1366 (4th Cir. 1989); <u>Thomas v. Arn</u>, 474 U.S. 140, 155 (1985); <u>Wright v. Collins</u>, 766 F.2d 841, 846 (4th Cir. 1985); <u>United States v. Schronce</u>, 727 F.2d 91, 94 (4th Cir. 1984). Copies of such objections shall be served on Judge Copenhaver and this Magistrate Judge.

The Clerk is directed to file this Proposed Findings and Recommendation and to mail a copy of the same to Petitioner.

October 21, 2008
Date

Mary E. Stanley
United States Magistrate Judge